Cotty P. O'LEARY, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 2007–3313.

United States Court of Appeals,
Federal Circuit.

July 9, 2008.

Cotty P. O'Leary, of Metairie, LA, argued, pro se.

Maame A.F. Ewusi–Mensah, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Jeanne E. Davidson, Director; and Deborah A. Bynum, Assistant Director. Of counsel on the brief was Joyce B. Harris–Tounkara, Office of General Counsel, Office of Personnel Management, of Washington, DC.

Before LOURIE, BRYSON, and PROST, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.